FREDERICK F. BAYER, Respondent, v. OXFORD UNIVERSITY PRESS, INC., Appellant.

Argued November 25, 1946; decided January 9, 1947.

*John Logan O'Donnell* for appellant.

*Thomas O'Rourke Gallagher* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.